# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## DOCKET NO: 1:19-CV-00291-MOC

| | |
|---|---|
| SAVANNAH WHITT, | ) |
| Plaintiff, | ) |
| vs. | ) |
| | ) **ORDER** |
| ANDREW M. SAUL, | ) |
| **Commissioner of Social Security,** | ) |
| Defendant. | ) |

**THIS MATTER** comes before the Court on Defendant's Consent Motion for Reversal and Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g). See Doc. No. 11. Having considered the unopposed motion, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that, for good cause shown, Defendant's Consent Motion for Reversal and Remand, Doc. No. 11, is **GRANTED**. Pursuant to Sentence Four of 42 U.S.C. § 405(g), this matter is **REVERSED** and **REMANDED** to the Commissioner for further administrative proceedings consistent with this opinion.

Signed: April 13, 2020

Max O. Cogburn Jr
United States District Judge