UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO: 1:19-CV-00291-MOC

| | |
|---|---|
| **SAVANNAH WHITT,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **ANDREW M. SAUL,** ) | |
| **Commissioner of Social Security,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. See Doc. No. 14. In the petition, Plaintiff declares that the parties reached an agreement where the Commissioner will pay the sum of $4,800.00, in full and final settlement of all claims arising under the EAJA. Having considered the matter, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that Plaintiff's Petition for Attorney Fees under the Equal Access to Justice Act, Doc. No. 14, is **GRANTED**, and the Commissioner **SHALL** pay to Plaintiff the sum of **$4,800.00** in attorney fees, in full satisfaction of any and all claims arising under the EAJA. Upon payment of such sum, this case is **DISMISSED WITH PREJUDICE**. If the award to Plaintiff is not subject to the Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Charlotte Hall, and mailed to her office at P.O. Box 58129, Raleigh, North Carolina 27658, in accordance with Plaintiff's assignment to her attorney of her

right to payment of attorney's fees under the EAJA. If the payment is subject to offset, then any remaining fee will be made payable to Plaintiff and mailed to Plaintiff's counsel's office address.

Signed: April 27, 2020

Max O. Cogburn Jr
United States District Judge